

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

William E. Harris III

Laveenya Seals

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mercy Hospital

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. __Do not__
use "et al.")

**RECEIVED**

JAN 1 1 2016 EAG
1-11-16
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Case: 16-cv-0381
(To: Judge Milton I. Shadur
Magistrate Judge Susan E. Cox
PC6

**CHECK ONE ONLY:**

____✓____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

_BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY._

I.  **Plaintiff(s):**

   A.  Name: _William E. Harris III_

   B.  List all aliases: _N/A_

   C.  Prisoner identification number: _20140530283_

   D.  Place of present confinement: _Cook County Jail_

   E.  Address: _P.O. Box 089002 Chicago, IL 60608_

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: _Mercy Hospital_

      Title: _Anesthesiologist_

      Place of Employment: _Mercy Hospital_

   B.  Defendant: _Mercy Hospital_

      Title: _Administer_

      Place of Employment: _Mercy Hospital_

   C.  Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____N/A_____
_____

    B.    Approximate date of filing lawsuit: _____N/A_____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____
_____
_____N/A_____

    D.    List all defendants: _____
_____
_____N/A_____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

    F.    Name of judge to whom case was assigned: _____N/A_____
_____N/A_____

    G.    Basic claim made:_____N/A_____
_____N/A_____
_____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____N/A_____
_____

    I.    Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

IN THE SUMMER OF 2015 MY DAUGHTER WENT TO MERCY HOSPITAL ON 26 AND MICHIGAN ON CHICAGOS SOUTH SIDE FOR A OUTPATIENT EYE SURGERY. THE HOSPITALS ANESTHESIOLOGIST ADMINISTERED MEDICATION BEFORE THE SURGERY. WHICH IS A NORMAL PRACTICE FOR ANY TYPE OF INPATIENT OR OUTPATIENT TREATMENT OR SURGERY CONDUCTED AT A HOSPITAL OR CLINIC. HOWEVER IN THIS CASE MY DAUGHTER NEVER RECOVERED FROM THE PROCESS. I'M THE BIOLOGICAL FATHER OF LAVEENYA STALKS 34, AND I WANT TO FILE A LAWSUIT FOR WRONGFUL DEATH.

William G. Harris III

Revised 9/2007