IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM E. HARRIS III**, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 16 C 381 |
| **MERCY HOSPITAL**, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

William Harris III ("Harris"), who is in custody at the Cook County Department of Corrections, has used three Clerk's-Office-supplied printed forms -- a 42 U.S.C. § 1983 Complaint, an In Forma Pauperis Application ("Application") and a Motion For Attorney Representation ("Motion") -- in an effort to sue Mercy Hospital (the "Hospital") for the claimed wrongful death of his daughter stemming from the administration of medication by the Hospital's anesthesiologist in connection with outpatient eye surgery. Unfortunately Harris has brought that claim to the wrong court, for federal courts are limited by the jurisdiction that Congress has prescribed and this claim does not come within the scope of that limited jurisdiction.

Accordingly both the Complaint and this action are dismissed -- but without prejudice, of course, to Harris' ability to pursue his claim in a state court of competent jurisdiction. That dismissal renders both the Application and the Motion moot, and both are denied on that basis.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 15, 2016